# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| IN574 | E 1603924 | J. Harris | 5706 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 03/05/2026 11:30 | 18 USC, 113. (a)(5) Simple Assault |

Place of Offense
5600 S 6th Ave, Hines IL, 60141

Offense Description: Factual Basis for Charge
Simple Assault- Physical contact
Impeding Employee.

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Nelson | Denise | P. |

Street Address ▮▮▮▮▮

### APPEARANCE IS REQUIRED
A ☑ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+$30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address 819 S Dearborn St
Chicago, IL 60604
Dirksen Federal Building Room R425

Date 05/11/2026
Time 0930

X signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature Not Present

Original - CVB Copy

*E1603924*

CVB SCAN 03/30/2026 13:7

---

(For issuance of an arrest warrant or summons)

I state that on March 5th, 2026 while exercising my duties as a law enforcement officer in the Northern District of Illinois.

During an assignment that was being investigated, I observed offender Nelson, walking towards the victim Wilkerson in what appeared to have been an aggressive manner, extending both her arms at the chest area at Wilkerson (Physical Contact) that impeded / stopped her approach towards the direction of the Officer Wilkerson, fearing she was being assaulted, pushed back at Nelson to prevent her from further assaults. Sgt Davis and I separated both parties. Nelson was cited for 18 USC 113 (a)(5)- Simple Assault- Physical Contact. Copy of the citation will be mailed to Nelson.

The foregoing statement is based upon:
☐ my personal observation  ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/05/2026
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/30/2026 13:7